| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Azalea Gynecology, P.A.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | FDBA  Azalea Obstetrics & Gynecology, P.A. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2003452** |
| 4. | **Debtor's address** | **Principal place of business**  **736 Medical Center Drvie, Suite 102**  **Wilmington, NC 28401**  Number, Street, City, State & ZIP Code  **New Hanover**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://azaleagyn.com** |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ■ Other. Specify:  **Professional Association** |

Debtor **Azalea Gynecology, P.A.**    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Azalea Gynecology, P.A.**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Azalea Gynecology, P.A.**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Azalea Gynecology, P.A.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2024**
MM / DD / YYYY

X **/s/ Pamela Renee Novosel, M.D.**     **Pamela Renee Novosel, M.D.**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Algernon L. Butler, III**     Date **February 1, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Algernon L. Butler, III**
Printed name

**Butler & Butler, L.L.P.**
Firm name

**111 N. 5th Avenue**
**PO Box 38**
**Wilmington, NC 28401**
Number, Street, City, State & ZIP Code

Contact phone **910-762-1908**     Email address **albutleriii@butlerbutler.com**

**20881 NC**
Bar number and State

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Azalea Gynecology, P.A.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pamela Renee Novosel, M.D.**<br>**4300 Chadsford Court**<br>**Wilmington, NC 28412** | | **100 Common Stock** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the Professional Association named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 1, 2024**

Signature  **/s/ Pamela Renee Novosel, M.D.**
**Pamela Renee Novosel, M.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Azalea Gynecology, P.A.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the Professional Association named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 1, 2024**

**/s/ Pamela Renee Novosel, M.D.**
**Pamela Renee Novosel, M.D.**/**President**
Signer/Title

Allergan Aesthetics, div AbbVie Inc
Attn: Managing Officer/Agent
12331-A Riata Trace Pkwy
Austin, TX 78727

American Express Business
Attn: Managing Officer/Agent
PO Box 981535
El Paso, TX 79998-1535

American Express Delta
Attn: Managing Officer/Agent
PO Box 650448
Dallas, TX 75265-0448

Anderson Jones, PLLC
Attn: Managing Officer/Agent
PO Box 20248
Raleigh, NC 27619

ASSN Company
Attn: Managing Officer/Agent
PO Box 2576
Springfield, IL 62708

Balboa Capital
Attn: Managing Officer/Agent
PO Box 844803
Los Angeles, CA 90084-4803

BFG 108 LLC
Attn: Managing Officer/Agent
711 Third Ave., 17th Floor
New York, NY 10017

Brown & Joseph, LLC
Attn: Managing Officer/Agent
One Pierce Place, Suite 700 W
Itasca, IL 60143

Butler Snow, LLP
Attn: Managing Officer/Agent
6752 Rock Spring Road, Suite 310
Wilmington, NC 28405

Canfield Capital, LLC
Attn: Managing Officer/Agent
30 N Gould Street
Sheridan, WY 82801

Capital One / Spark Business
Attn: Managing Officer/Agent
PO Box 71087
Charlotte, NC 28272-1087

Captial One / Venture
Attn: Managing Officer/Agent
PO Box 71087
Charlotte, NC 28272-1087

Carolina Healthcare Associates, Inc
Attn: Managing Officer/Agent
2131 South 17th Street
Wilmington, NC 28401

David Fogel P.C.
Attn: David Fogel, Esq.
1225 Franklin Avenue, Suite 201
Garden City, NY 11530

Forward Financing, LLC
Attn: Managing Officer/Agent
53 State Street 20th Floor
Boston, MA 02109

General Auditing Bureau
Attn: Managing Officer/Agent
7373 Kirkwood Court, Suite 200
Osseo, MN 55369

Greenberg, Grant & Richards, Inc.
Attn: Managing Officer/Agent
5858 Westheimer Rd, Suite 500
Houston, TX 77057

Grid Market, LLC dba Grid Funding
Attn: Managing Officer/Agent
667 NE 105th Street
Miami, FL 33138

Honest Funding, LLC
Attn: Managing Officer/Agent
15440 Broad Brush Drive
Sun City Center, FL 33573

Internal Revenue Service
Attn: Managing Officer / Agent
PO Box 7346
Philadelphia, PA 19101-7346

Intuit, Inc.
c/o Corporation Service Co. (RA)
251 Little Falls Drive
Wilmington, DE 19808

Kohner Mann & Kailas, S.C.
Attn: Managing Officer/Agent
4650 N. Port Washington Road
Milwaukee, WI 53212

Minerva Surgical, Inc.
Attn: Managing Officer/Agent
4255 Burton Drive
Santa Clara, CA 95054

Mini Advance Corp.
Attn: Managing Officer/Agent
360 Motor Parkway Suite 200B
Hauppauge, NY 11788

North Carolina Dept. of Commerce
Div. of Employment Security
PO Box 26504
Raleigh, NC 27611-6504

North Carolina Dept. of Revenue
Office Serv. Division Bankr. Unit
PO Box 1168
Raleigh, NC 27602-1168

Optum Financial
Attn: Managing Officer/Agent
12921 S Vista Station Blvd Ste 200
Draper, UT 84020

Oracle Solutions, LLC
Attn: Managing Officer/Agent
831 SW 14th Ave.
Miami, FL 33135

Pamela Renee Novosel, M.D.
4300 Chadsford Court
Wilmington, NC 28412

Pathway Funding of Miami LLC
Attn: Managing Officer/Agent
1150 NE 169th Terrace
Miami, FL 33162

Proventure Capital, LLC
Attn: Managing Officer/Agent
2613 E 16th Street
Brooklyn, NY 11235


Raistone Purchasing, LLC
Attn: Managing Officer/Agent
360 Madison Ave., Floor 22
New York, NY 10017


SCJ Commercial Financial Services
Attn: Managing Officer/Agent
17507 S. DuPont Highway, Suite 2
Harrington, DE 19952


Segra
Attn: Managing Officer/Agent
PO Box 1068
Waynesboro, VA 22980-0774


Southern Bank and Trust Company
Attn: Managing Officer/Agent
PO Box 729
Mount Olive, NC 28365-0729


The Hartford Financial Group, Inc.
Attn: Managing Officer/Agent
690 Asylum Avenue
Hartford, CT 06155


The LCF Group, Inc.
Attn: Managing Officer/Agent
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042


Veradigm (fka Allscripts)
Attn: Managing Officer/Agent
24630 Network Place
Chicago, IL 60673-1246


William Michael Turner
4300 Chadsford Court
Wilmington, NC 28412


Zwicker & Associates, P.C.
Attn: Managing Officer/Agent
PO Box 481918
Charlotte, NC 28269

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Azalea Gynecology, P.A.**  
　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Pamela Renee Novosel, M.D.**, declare under penalty of perjury that I am the **President** of **Azalea Gynecology, P.A.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on th 31st day of January, 2024 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation is authorized and directed to employ **Algernon L. Butler, III**, attorney and the law firm of **Butler & Butler, L.L.P.** to represent the corporation in such bankruptcy case."

Date  **February 1, 2024**  　　　　Signed  **/s/ Pamela Renee Novosel, M.D.**  
　　　　　　　　　　　　　　　　　　　　　　　**Pamela Renee Novosel, M.D.**

Resolution of Board of Directors
of
**Azalea Gynecology, P.A.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Pamela Renee Novosel, M.D.**, **President** of this Corporation is authorized and directed to employ **Algernon L. Butler, III**, attorney and the law firm of **Butler & Butler, L.L.P.** to represent the corporation in such bankruptcy case.

Date **February 1, 2024**              Signed  **/s/Pamela Renee Novosel, M.D.**

Date _____          Signed _____